THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>BRYAN POLLESTAD,<br><br>  Defendant. | No. CR20-0137-4-JCC<br><br>ORDER |

THE COURT has considered the unopposed motion of Bryan Pollestad (Dkt. No. 382) to continue the trial date and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for Mr. Pollestad the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv);

(b) a failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

(c) the additional time requested is a reasonable period of delay, as Mr. Pollestad has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses;

(d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and Mr. Pollestad in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A);

ORDER
CR20-0137-4-JCC

(e) the additional time requested between the current trial date of February 27, 2023, and the new trial date is necessary to provide counsel for Mr. Pollestad the reasonable time necessary to prepare for trial, considering the complexity of the case and all the facts set forth above; and

(f) the period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS THEREFORE ORDERED that the trial date in this matter shall be continued to June 5, 2023.

DONE this 9th day of January 2023.

JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

ORDER
CR20-0137-4-JCC